No. 95–5114.  JEFFREYS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 95–5115.  CENTENO-TORRES ET AL. v. UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 95–5116.  BROWN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 95–5118.  SWEENEY v. UNITED STATES; and
No. 95–5134.  DELANEY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–5119.  PRYOR v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–5120.  RIVERA v. UNITED STATES; and
No. 95–5143.  MONTES-GOMEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5121.  OCAMPO-TELLO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5122.  OYAIRO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–5123.  SYED v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–5124.  ROSS v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 95–5125.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–5126.  CANNADY ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5127.  ALEXANDER v. UNITED STATES; and
No. 95–5177.  HARRIS ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5129.  RAMOS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.